UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>FREDDY JOHN BISH,<br><br>                Defendant. | CASE NO. 5:25-MJ-00004-CDB<br><br>**UNSEALING ORDER** |

Good cause appearing due to Defendant's pending arraignment on the indictment in the District of Oregon, it is HEREBY ORDERED that the indictment, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **January 13, 2025**                       _____
UNITED STATES MAGISTRATE JUDGE